**Freedom of Information Act Complaint**

**UNITED STATES
DISTRICT COURT
FOR THE DISTRICT
OF COLUMBIA**

Doug Ecks,                              )
                                        )
              Plaintiff,                )
                                        )
         v.                                    )
                                        )
U.S. DEPARTMENT OF EDUCATION   )
400 Maryland Ave, SW              )
Washington, DC 20202             )
                                        )
                                        )
                                        )
                                        )
                                        )
              Defendant           )
_____
                         _____)

## <u>COMPLAINT FOR INJUNCTIVE RELIEF</u>

1.       This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiff by defendant

Department of Education.

## Jurisdiction and Venue

2.     This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3.     Plaintiff DOUG ECKS is an attorney who practices in California and is a member of the NATIONAL LAWYERS GUILD and publishes political articles.

4.      Defendant DOE is a Department of the Executive Branch of the United States Government, The DOE is an agency within the meaning of 5 U.S.C. § 552(f).

## DEPARTMENT OF EDUCATION PRODUCED A MEMO ON STUDENT LOAN FORGIVENESS

5.      On April 1, 2021, President Joe Biden asked the Department of Education to prepare a memo on his authority to forgive student debt.   Business Insider reported that a year later this memo still had not been released.   Ayelet Sheffrey, "*It's been more than a year since Biden found out whether he could legally cancel student debt using executive action*" Business Insider, Apr 17, 2022.

6.      The memo was released in an entirely redacted form to Thomas Gokey of Debt Collective via a Freedom of Information Act request. Because of the extreme redaction it was practically the same as not releasing it at all and gave no useful information to the public.

## Plaintiff's FOIA Requests and Defendants' Failure to Respond

7. On Nov 4 2021 Plaintiff requested through the DOE portal the memo and emails pertinent to the President's authority regarding Student Loan Forgiveness.

8. This request was assigned Request #22-00723-F on Nov 4 2021 via email from the DOE FOIA manager email account.

9. On Dec 6, 2021 Plaintiff received a 20 day status notification from Brittany Davis at the DOE saying that due to the unusual and complex nature of the request that the agency would need more time.

10. On Mar 22, 2022 Plaintiff wrote Brittany Davis at the DOE an email that included the following

11. "I received a notification that my request would not be able to be handled within 20 days. This was back in Dec. I have received no further updates since then. My request is one that I know was fulfilled in a highly redacted way by a request from an organization called The Debt Collective. So unless the question has been about how much to redact in response to my request vs theirs I don't understand the 3 month delay. "

12. On Mar 25, 2022 Brittany Davis wrote back to say that the DOE received many FOIA requests and Plaintiff's request was undergoing final processing.

13. Despite being told the request was in final processing more than a month went by without further disclosure or contact from the DOE.

14. Therefore on Apr 29, 2022 Plaintiff sent an appeal

letter to the DOE.

15.    Also on Apr 29, 2022 DOE responded with an acknowledgment of the appeal letter.

16.    To date there has been no further contact or disclosure since Apr 29, 2022.

17.    On June 21, 2022 Plaintiff checked the status of the request and the appeal and both were still 'in process.'

18.    This is three months after Plaintiff was told his request was in final processing.

19.    To date, defendant DOE has not provided the records requested by plaintiff in its FOIA request notwithstanding the FOIA's requirement of an agency response within twenty working days.

20.    Plaintiff has exhausted it's administrative remedies with the DOE.

21.    Therefore Plaintiff brings this FOIA lawsuit.


## Requested Relief

WHEREFORE, plaintiff prays that this Court:

A.    order defendants to disclose the requested records in their entireties with either no or only the minimal necessary redactions and make copies available to plaintiff;

B.   provide for expeditious proceedings in this action;

C.   award plaintiff its costs and reasonable attorneys fees incurred in this action; and

D.   grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Doug Ecks, Esq
Plaintiff

A

 **Doug Ecks <theecksfactordefense@gmail.com>**

---

## Request Acknowledgement by Department of Education
1 message

---

**EDFOIAManager@ed.gov** <EDFOIAManager@ed.gov>                    Thu, Nov 4, 2021 at 2:48 PM
To: theecksfactordefense@gmail.com

Dear Doug Ecks,

Request #22-00723-F has been assigned to the request you submitted. In all future correspondence regarding this request, please reference FOIA tracking number 22-00723-F.

Please refer to the FOIA tracking number to check the status of your FOIA request at the link provided below:

https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

For any future correspondence, status updates or questions regarding your request, please contact the FOIA Public Liaison via email to EDFOIAManager@ed.gov.

Regards,

Department of Education,

Office of the Executive Secretariat

B



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF THE SECRETARY

FOIA Service Center

December 6, 2021

Doug Ecks
Lawyer
1907 N Deerpark Dr #533
Fullerton, CA  92831

## RE: 20 –DAY NOTIFICATION 22-00723-F

Dear Doug Ecks:

This is the Department of Education's (the Department) initial determination letter to your request dated, November 4, 2021, seeking information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your request was forwarded to the appropriate office(s) within the Department for any responsive documents they may have.

Due to the unusual circumstances that exist with your FOIA requests as defined by U.S.C. § 552(a)(6)(B)(i)(ii), the Department will not be able to respond by the 20 day statutory requirement. The scope of your FOIA requests requires the Department to conduct a vast search across multiple program offices, which we anticipate will result in a large amount of responsive records.

You can check on the status of your FOIA request at the link provided below:
https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS).  The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes.  OGIS, which is outside the Department of Education, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.

They can be contacted by:

| Mail | FOIA Public Liaison<br>Office of the Executive Secretariat<br>U.S. Department of Education<br>400 Maryland Ave., SW, LBJ 7C132<br>Washington, DC 20202-4500 | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road<br>College Park, MD  20740-6001 |
|---|---|---|
| E-mail | robert.wehausen@ed.gov | OGIS@nara.gov |
| Phone | 202-205-0733 | 202-741-5770; toll free at 1-877-684-6448 |
| Fax | 202-401-0920 | 202-741-5769 |

C

                                             **Doug Ecks <theecksfactordefense@gmail.com>**

## FOIA Request 22-00723-F 20 Day Status Notification
1 message

**Doug Ecks** <theecksfactordefense@gmail.com>                          Tue, Mar 22, 2022 at 5:24 PM
To: robert.wehausen@ed.gov, OGIS@nara.gov

Good afternoon

I am writing regarding my FOIA request 22-00723-F

I received a notification that my request would not be able to be handled within 20 days. This was back in Dec. I have received no further updates since then. My request is one that I know was fulfilled in a highly redacted way by a request from an organization called The Debt Collective. So unless the question has been about how much to redact in response to my request vs theirs I don't understand the 3 month delay. I feel I have waited until Mar 22, 2022 and that this has been more than reasonable.

If I do not receive a response within the next 30 days I will take legal action to compel a prompt response.

Thanks

Doug Ecks, Esq

714 290 1103

ecksfactorlaw.com

D



**Doug Ecks <theecksfactordefense@gmail.com>**

## RE: FOIA Request 22-00723-F 20 Day Status Notification
1 message

**Davis, Brittany (Contractor)** <Brittany.Davis@ed.gov>                    Fri, Mar 25, 2022 at 9:28 AM
To: Doug Ecks <theecksfactordefense@gmail.com>

Good Afternoon,

This e-mail is in response to your request for a status on the subject FOIA requests: # 22-00723-F

The Department receives an overwhelming amount of FOIA requests, some of which are complex and voluminous that requires a line-by-line review of hundreds or even thousands of pages of documents. Requests are processed on a first-in-first-out basis. Your request is currently under final processing review.

I apologize for the inconvenience you have experienced in regards to your FOIA request. I will escalate this to the departments FOIA Public liaison in order to get you an estimated completion date.

Please continue check on the status of your request on the Department's FOIA Web page at http://www2.ed.gov /policy/gen/leg/foia/foiatoc.html and click on the Requests Status Log link under "More Resources."

If you have any questions, please contact the FOIA Service Center at (202) 401-8365 or via e-mail at EDFOIAManager@ed.gov.

Thank You,

Brittany Davis

FOIA Service Center

US Department of Education

(202) 401-8365

---

**From:** Doug Ecks <theecksfactordefense@gmail.com>
**Sent:** Tuesday, March 22, 2022 8:27 PM
**To:** Davis, Brittany (Contractor) <Brittany.Davis@ed.gov>
**Subject:** Re: FOIA Request 22-00723-F 20 Day Status Notification

E

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon

I am writing regarding my FOIA request 22-00723-F

I received a notification that my request would not be able to be handled within 20 days. This was back in Dec. I have received no further updates since then. My request is one that I know was fulfilled in a highly redacted way by a request from an organization called The Debt Collective. So unless the question has been about how much to redact in response to my request vs theirs I don't understand the 3 month delay. I feel I have waited until Mar 22, 2022 and that this has been more than reasonable.

If I do not receive a response within the next 30 days I will take legal action to compel a prompt response.

Thanks

Doug Ecks, Esq

714 290 1103

ecksfactorlaw.com

On Mon, Dec 6, 2021 at 11:45 AM <Brittany.Davis@ed.gov> wrote:

> Dear Doug Ecks,
>
> Please find attached above the 20 Day Status Notification to your FOIA request.
>
> Thank you,
>
> Brittany Davis
>
> FOIA Service Center
> US Department of Education
> (202) 401-8365



**Doug Ecks <theecksfactordefense@gmail.com>**

---

## Re: FOIA Request 22-00723-F 20 Day Status Notification
1 message

---

**Doug Ecks** <theecksfactordefense@gmail.com>                    Thu, Apr 28, 2022 at 9:07 PM
To: "Wehausen, Robert" <Robert.Wehausen@ed.gov>

Good Evening Mr. Wehausen

This is an appeal under the Freedom of Information Act.

On Nov 4, 2021, I requested documents under the Freedom of Information Act. My request was assigned the following identification number: 22-00723-F

On Nov 9, 2021 I received a notification that my FOIA request was in process.  I received a notification on Dec 6, 2021 I was notified that my request would not be fulfilled within 20 days.

I had received no further communications so on Mar 22, 2022 I wrote the following

"I received a notification that my request would not be able to be handled within 20 days.  This was back in Dec.  I have received no further updates since then.  My request is one that I know was fulfilled in a highly redacted way by a request from an organization called The Debt Collective.  So unless the question has been about how much to redact in response to my request vs theirs I don't understand the 3 month delay.  I feel I have waited until Mar 22, 2022 and that this has been more than reasonable.

If I do not receive a response within the next 30 days I will take legal action to compel a prompt response."

On Mar 25, 2022 I received an email from Brittany Davis, a contractor saying "I apologize for the inconvenience you have experienced in regards to your FOIA request. I will escalate this to the departments FOIA Public liaison in order to get you an estimated completion date."

On Mar 28, 2022 I received a communication from Robert Wehausen saying "The delay stemmed from the Department working on posting the "Secretary's Legal Authority of Broad-Based Debt. Cancellation" memo to our FOIA Reading Room. Our goal is to post the document and refer our requester community to the document rather than responding individually to the numerous requests for this document.

I'll check on the status of this posting with our web team and provide you an update."

I appeal the denial of my request.  There is no reason the unredacted file cannot both be emailed to each requestor in addition to posting on the web.  Certainly it shouldn't have taken an additional month to either make that decision or execute it.  This information is urgent for the current ongoing policy date and the decision to delay releasing this info in a less redacted or unredacted state seem more political than any justifiable decision under existing FOIA precedent.

If this letter of appeal does not result in affirmative and timely disclosure I intend to take all available legal action to compel disclosure.

Thanks

F

Doug Ecks, Esq

714 290 1103

Ecksfactorlaw.com

On Mon, Mar 28, 2022 at 12:36 PM Wehausen, Robert <Robert.Wehausen@ed.gov> wrote:

> Hi Mr. Ecks,
>
>
> The delay stemmed from the Department working on posting the "Secretary's Legal Authority of Broad-Based Debt.
> Cancellation" memo to our FOIA Reading Room. Our goal is to post the document and refer our requester
> community to the document rather than responding individually to the numerous requests for this document.
>
>
> I'll check on the status of this posting with our web team and provide you an update.
>
>
> Thanks,
>
> Bobby
>
>
> *Robert Wehausen*
>
> Team Lead│FOIA Service Center
>
> U.S. Department of Education
>
> 400 Maryland Ave, SW
>
> Room 7C132
>
> Washington, DC 20202
>
> Direct Line:  (202) 205-0733
>
>
> ───────────────────────────────
>
> **From:** Doug Ecks <theecksfactordefense@gmail.com>
> **Sent:** Tuesday, March 22, 2022 8:25 PM
> **To:** Wehausen, Robert <Robert.Wehausen@ed.gov>; OGIS@nara.gov
> **Subject:** FOIA Request 22-00723-F 20 Day Status Notification
>
>
> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.**
>
>
> Good afternoon

 Gmail

**Doug Ecks <theecksfactordefense@gmail.com>**

---

## Department of Education FOIA Appeal Acknowledgement Letter - 22-00033-A
1 message

---

**Arthur.Caliguiran@ed.gov** <Arthur.Caliguiran@ed.gov>                          Fri, Apr 29, 2022 at 10:54 AM
To: theecksfactordefense@gmail.com

Dear Doug Ecks,

This is the Department's acknowledgment of your appeal for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your request was forwarded to the primary responsible office(s) for action.

Any future correspondence or questions regarding your request, please contact the FOIA Public Liaison at 202-401-8365 or EDFOIAManager@ed.gov

Thank you.

Art C. Caliguiran

FOIA Service Center

Office of the Executive Secretariat

U.S. Department of Education

400 Maryland Ave. SW

Washington, DC  20202-4510

---

📄 **Appeal Acknowledgement Letter.pdf**
153K